## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 15-00160 |

### NOTICE TO WITHDRAW FRANCES HADFIELD

**PLEASE TAKE NOTICE** that, Frances Hadfield has left the employment of Crowell & Moring LLP.  Accordingly, please remove Frances Hadfield from the list of counsel from Crowell &Moring LLP representing the plaintiff, Nutricia North America, Inc., in this proceeding.

Respectfully submitted,

  */s/ John B. Brew*
John B. Brew
Alexander H. Schaefer

Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Dated:  August 23, 2022                                       Counsel for Nutricia North America, Inc.